# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE ACOSTA,**

   **Plaintiff,**

v.                      **Case No: 6:18-cv-2214-Orl-22DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

## ORDER

This cause is before the Court on Motion for Attorney's Fees (Doc. 27) filed on December 14, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 28).

After an independent *de novo* review of the record in this matter and noting that the parties filed a Notice of No Objection (Doc. 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 14, 2020 (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorney's Fees (Doc. 27) is hereby **GRANTED**.

3. The Court finds that the sum sought is reasonable and Richard A. Culbertson, Esq. is authorized to charge Plaintiff a reasonable fee in the amount of **$2,519.30** for attorney's fees under 42 U.S.C. § 406(b).

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties